**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-30315

MICHAEL X. ST. MARTIN; VIRGINIA RAYNE ST. MARTIN

Plaintiffs - Appellants

VERSUS

QUINTANA PETROLEUM CORPORATION; ET AL

Defendants

QUINTANA PETROLEUM CORPORATION; UNION OIL COMPANY OF CALIFORNIA;
KOCH GATEWAY PIPELINE COMPANY

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
98-CV-2095

February 20, 2002

Before GARWOOD, JOLLY and DAVIS, Circuit Judges

PER CURIAM[*]

The judgment of the district court is affirmed essentially for the reasons stated by the district court in its February 21, 2001 order. Our decision in Ryan v. Southern Natural Gas, 879 F.2d 162,(1989) controls the outcome of this appeal.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.